Clara M. Jacobie, Appellant, v. Henry Mickle and Others, Respondents.— Judgment affirmed, with costs.—

PER CURIAM: We think the court below reached a correct conclusion. In the foreclosure action brought by Samuel T. Guilford against the plaintiff and others, on the second bond and mortgage, plaintiff was made a party defendant, and did not

# 600    DECISIONS IN CASES NOT REPORTED.

answer or demur, and judgment in the action was regularly and properly entered for the sale of the mortgaged premises, and for the payment of plaintiff's bond and mortgage out of the first proceeds. We think, under the circumstances, plaintiff being a party to that action, and not having answered or demurred, is bound by the judgment. (See *Guilford* v. *Jacobie*, 52 N. Y. St. Repr. 837, 838.) It would seem almost absurd to allow the plaintiff to obtain another judgment for the sale of the mortgaged premises. It is suggested that the *Guilford* judgment has been reversed. But we are compelled to decide the question submitted to us on this appeal on the facts appearing in the printed case. The fact of the reversal of said judgment does not appear in the case and did not appear on the trial in the court below. The proper remedy for the plaintiff under the circumstances is probably by motion in the court below. (*Parkhurst* v. *Berdell*, 110 N. Y. 392.) The judgment should be affirmed, with costs.